No. 90–6824. BRENNAN *v.* OHIO ET AL. C. A. 6th Cir. Certiorari denied.

No. 90–6832. D'AMARIO *v.* WEST PUBLISHING CO. ET AL. C. A. 1st Cir. Certiorari denied.

No. 90–6837. PEHRINGER *v.* DUGGER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 90–6838. TYLER ET AL. *v.* MISSOURI DEPARTMENT OF CORRECTIONS ET AL. C. A. 8th Cir. Certiorari denied.

No. 90–6840. HUMPHREY *v.* SOUTHERN OHIO CORRECTIONAL FACILITY. Ct. Cl. Ohio. Certiorari denied.

No. 90–6842. RICHARDS *v.* COMMITTEE OF BAR EXAMINERS. Sup. Ct. Cal. Certiorari denied.

No. 90–6844. WINGO *v.* VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 90–6847. EHRSAM *v.* RUBENSTEIN ET AL. C. A. 3d Cir. Certiorari denied.

No. 90–6848. DAY *v.* BARKETT, JUSTICE, FLORIDA SUPREME COURT, ET AL. C. A. 11th Cir. Certiorari denied.

No. 90–6857. PARKER *v.* JOHNSON, WARDEN, ET AL. C. A. 11th Cir. Certiorari denied.

No. 90–6860. HERRERA *v.* OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 90–6863. MUSTOPHER *v.* DUGGER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 90–6865. MITCHELL *v.* STANTON. Sup. Ct. Tenn. Certiorari denied.

No. 90–6867. RESETAR *v.* EISLEY ET AL. Sup. Ct. Pa. Certiorari denied.

No. 90–6868. CORBIT *v.* DRAKE ET AL. C. A. 11th Cir. Certiorari denied.